1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2  HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  SCOTT D. JOINER (CABN 223313)
   Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        Scott.Joiner@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 17-00033 WHA |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| ANTOINE VIDEAU, | |
| Defendant. | |

Defendant Antoine Videau was arrested pursuant to an arrest warrant issued by the Honorable William Alsup, United States District Judge, based upon a petition by the probation officer that the defendant violated the conditions of his supervised release, in violation of Title 18, United States Code, Section 3148. The petition was based on the defendant's December 17, 2019 arrest by the San Francisco Police Department

This matter came before the Court on January 13, 2020, for a detention hearing. The defendant was present and represented by Assistant Federal Public Defender Jodi Linker. Assistant United States Attorney Scott Joiner appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds pursuant to Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure that the defendant failed to establish, by clear and convincing evidence, that he will not flee or pose a danger to any other person or to the community. Accordingly, the defendant must be detained pending revocation proceedings in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the basis for its conclusion. The defendant has a history of firearms possession and flight from the police. The current allegation are serious and involve the possession of firearms, flight from police officers (who deployed spike strips to disable the vehicle the defendant is alleged to have been driving) and affiliation with known gang members and presence in gang territory despite explicit conditions prohibiting both. The defendant's current arrest occurred just seven days after his release from custody on a prior violation of his conditions of supervised release (which also involved flight from the police after a vehicle chase). This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving

sentences or being held in custody pending appeal;

    2.    The defendant be afforded reasonable opportunity for private consultation with counsel; and

    3.    On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: January 15, 2020

_____
HONORABLE SALLIE KIM
United States Magistrate Judge